UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT
Appeal No. 26-1429

| | |
|---|---|
| Emilio Pena Jimenez,<br><br>Petitioner-Appellee,<br><br>v.<br><br>Pamela Bondi et al.,<br><br>Respondents-Appellants | **APPELLANTS' UNOPPOSED MOTION TO EXTEND DEADLINES** |

Respondents-Appellants hereby move for an order extending by two weeks their deadlines to: (1) confer with counsel for Petitioner-Appellee to determine the method of Appendix preparation; and (2) order any transcripts required for the appeal or file a certificate of waiver. This is Respondents-Appellants' first requested extension, and good cause supports granting it.

This case arises out of a habeas petition challenging immigration-related detention. At the conclusion of the proceedings, the district court ordered Respondents-Appellants to return Petitioner-Appellee to the United States following his voluntary departure to Mexico. The district court delayed the effective date of its order for seven days so that Respondents-

Appellants could pursue an appeal, and Respondents-Appellants filed a protective notice of appeal on an expedited basis. At this point, the Office of the Solicitor General has not yet decided whether to pursue the appeal. *See* 28 C.F.R. § 0.20(b). To avoid the unnecessary expenditure of resources before that determination is made, the Respondents-Appellants seek a two-week extension of their current deadline to meet and confer regarding the method of Appendix preparation and their deadline to order any transcripts. The parties conferred by phone regarding this request, and Petitioner-Appellee indicated that he does not oppose it.

Respondents-Appellants therefore move for an order extending by two weeks their deadlines to: (1) confer with counsel for Petitioner-Appellee to determine the method of Appendix preparation; and (2) order any transcripts required for the appeal or file a certificate of waiver.

DATED: March 23, 2026

Respectfully submitted,

DANIEL N. ROSEN
United States Attorney

*/s/ Trevor Brown*

BY: TREVOR C. BROWN
Assistant U.S. Attorney

## CERTIFICATE OF COMPLIANCE

The undersigned attorney for the United States certifies this motion complies with the type-volume limitation of Federal Rule of Appellate Procedure 27(d)(2)(A). The motion has 240 words proportionally spaced. The motion was prepared using Microsoft Word 365.

Dated: March 23, 2026

Respectfully submitted,

DANIEL N. ROSEN
United States Attorney

*/s/ Trevor Brown*

BY: TREVOR C. BROWN
Assistant U.S. Attorney

## CERTIFICATES OF SERVICE
## FOR DOCUMENTS FILED USING CM/ECF

### Certificate of Service When All Case Participants Are CM/ECF Participants

I hereby certify that I caused the foregoing to be electronically filed with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

Dated: March 23, 2026

*/s/ Trevor Brown*
BY: TREVOR C. BROWN
Assistant U.S. Attorney