UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT
Appeal No. 26-1429

---

Emilio Pena Jimenez,

Petitioner-Appellee,

v.

Pamela Bondi et al.,

Respondents-Appellants

---

**JOINT STIPULATION TO DISMISS APPEAL**

The parties hereby agree to dismiss this appeal under Federal Rule of Appellate Procedure 42(b)(1) on the terms provided in this stipulation.

1. The district court issued an order granting Petitioner-Appellee's emergency motion for contempt and to enforce judgment on March 2, 2026. R. Doc. 33. Respondent-Appellants timely filed their notice of appeal from the district court's order on March 6, 2026. R. Doc. 36.

2. The parties reserve their rights to appeal from the final judgment and seek any other appropriate relief.

3. The parties will bear their own costs and pay any associated court fees.

The parties therefore stipulate and move for an order dismissing this appeal without prejudice.

DATED: March 30, 2026

Respectfully submitted,

DANIEL N. ROSEN
United States Attorney

*/s/ Trevor Brown*

BY: TREVOR C. BROWN
Assistant U.S. Attorney

DATED: March 30, 2026

GUZIOR MAHER ARMBRECHT

*/s/ Joseph D. Kantor*

BY: JOSEPH D. KANTOR
Guzior Maher Armbrecht
842 Raymond Ave.
St. Paul, MN 55114
Phone: 612.373.0007
Email: jkantor@gamlaw.net

## CERTIFICATE OF COMPLIANCE

The undersigned attorney for the United States certifies this stipulation complies with the type-volume limitation of Federal Rule of Appellate Procedure 27(d)(2)(A). The stipulation has 111 words proportionally spaced. The motion was prepared using Microsoft Word 365.

Dated: March 30, 2026

Respectfully submitted,

DANIEL N. ROSEN
United States Attorney

*/s/ Trevor Brown*

BY: TREVOR C. BROWN
Assistant U.S. Attorney

## CERTIFICATES OF SERVICE
## FOR DOCUMENTS FILED USING CM/ECF

### Certificate of Service When All Case Participants Are CM/ECF Participants

I hereby certify that I caused the foregoing to be electronically filed with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

Dated: March 30, 2026

*/s/ Trevor Brown*
BY: TREVOR C. BROWN
Assistant U.S. Attorney